COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE:  JOHNNIE LEE CARTER, | § | No. 08-08-00155-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Johnnie Lee Carter, has filed a *pro se* petition for writ of mandamus, seeking an order compelling Integrity Asset Management to repay expenses Relator incurred in mediation.

This Court does not have the authority to issue a writ of mandamus against a private party. *See* TEX. GOV'T CODE ANN. § 22.221(a).  Therefore, mandamus relief is denied.


KENNETH R. CARR, Justice

May 1, 2008

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating